Jeffrey W. Shields, CA Bar No. 109920
Rick A. Varner, CA Bar No. 160403
**SHIELDS LAW OFFICES**
1920 Main Street, Suite 1160
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

Attorneys For Plaintiff
Chad Burmeister

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHAD BURMEISTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAN SALDICH, an individual, and CORELIGHT, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 4:22-cv-00088-HSG<br><br>JOINT STIPULATION TO EXTEND TIMES FOR OPPOSITION AND REPLY BRIEFS RE PENDING MOTION TO STRIKE; AND [PROPOSED] ORDER THEREON<br><br>Assigned to:<br>Hon. Haywood S. Gilliam, Jr. |

　　　　WHEREAS, Plaintiff CHAD BURMEISTER file his Complaint and commenced this action on January 6, 2022; and

　　　　WHEREAS, on April 29, 2022, Defendants ALAN SALDICH and CORELIGHT, INC. (collectively, "Defendants") filed their Special Motion to Strike the Complaint under the California anti-SLAPP statute, Code of Civil Procedure § 425.16; and

　　　　WHEREAS, the Court docket calendared Plaintiff's opposition papers for May 13, 2022 and Defendants' reply papers for May 20, 2022, with a hearing set for June 23, 2022; and

WHEREAS, this Special Motion to Strike is essentially a case dispositive motion, and all parties desire a full and fair opportunity to satisfactorily brief the matter; and

WHEREAS, the parties are in agreement to extend both parties' respective times to prepare and file their opposition and reply papers;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between each of the parties through their respective undersigned counsel of record, subject to the Court's approval, that: (a) the time for filing Plaintiff's opposition papers shall be extended from May 13, 2022 to May 27, 2022, and (b) the time for filing Defendants' reply papers shall be extended from May 20, 2022 to June 10, 2022.

DATED: May 10, 2022          SHIELDS LAW OFFICES

                             By:   /s/ Rick A. Varner
                                   Rick A. Varner
                             Attorneys for Plaintiff
                             Chad Burmeister

DATED: May 10, 2022          RUSSELL LAW, PC

                             By:   /s/ L. David Russell
                                   L. David Russell
                             Attorneys for Defendants
                             Alan Saldich and Corelight, Inc.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:   5/12/2022           _____
                             HON. HAYWOOD S. GILLIAM, JR.
                             UNITED STATES DISTRICT JUDGE