1  **RUSSELL LAW, PC**
2  L. David Russell (Cal. Bar No. 260043)
3  david@russelllawpc.com
   1500 Rosecrans Ave, Suite 500
4  Manhattan Beach, California 90266
5  Telephone: (323) 638-7551

6  Attorneys for Defendants
7  ALAN SALDICH and CORELIGHT, INC.

8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12

13  | | |
    |---|---|
    | CHAD BURMEISTER, | Case No.: 4:22-cv-00088-HSG |
    | Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE ATTORNEYS FEES MOTION** |
    | v. | |
    | ALAN SALDICH, an individual, and CORELIGHT, INC., a Delaware corporation, | Hon. Judge Haywood S. Gilliam, Jr. |
    | Defendants. | |

1
JOINT STIPULATION AND ORDER

Plaintiff Chad Burmeister ("Plaintiff") and Defendants Alan Saldich and Corelight, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on January 18, 2023, the Court granted Defendants' special motion to strike, dismissed this case with prejudice, and stated that "Defendants may file a motion for attorneys' fees and costs, which will be referred to a magistrate judge for resolution."

WHEREAS, later that day the Court entered judgment in favor of Defendants and against Plaintiff;

WHEREAS, Local Rule 54-5(a) requires that "[m]otions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court, unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3."

WHEREAS, as required by Local Rule 54-5(a), the parties have met and conferred in an attempt to resolve all disputed issues related to attorneys' fees and believe that further meet and confer efforts may eliminate the need for a fees motion.

WHEREAS, the parties agree that the deadline for filing the motion for attorneys fees and costs should be extended by two weeks to allow the parties to further meet and confer, making the deadline for the motion February 15, 2022.

WHEREAS, other than the parties' previous stipulated to adjust the briefing schedule on Defendants' special motion to strike, there have not been any other time modifications in the case.

WHEREAS, because judgment has been entered in this case, the requested time modification would have no impact on the schedule for the case.

1  NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval as needed, as follows:

The deadline for Defendants to file their motion for attorneys fees and costs shall be extended from February 1, 2023 by two weeks, making the deadline February 15, 2023.

**IT IS SO STIPULATED.**

DATED: January 31, 2023          **RUSSELL LAW, PC**

By: /s/ L. David Russell
      L. David Russell
L. David Russell
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Attorneys for Defendants
ALAN SALDICH and CORELIGHT, INC.

DATED: January 31, 2023          **SHIELDS LAW OFFICES**

By: /s/ Jeffrey W. Shields*
      Jeffrey W. Shields
Jeffrey W. Shields
jeff@shieldslawoffices.com
1920 Main Street, Suite 1160
Irvine, California 92614
Attorneys for Plaintiff
CHAD BURMEISTER

*The filer hereby attests pursuant to L.R. 5-1(h)(3) that all signatories have concurred in the filing of this document.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/1/2023                   HON. HAYWOOD S. GILLIAM, JR.
                                  United States District Judge