**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551

Attorneys for Defendants
ALAN SALDICH and CORELIGHT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHAD BURMEISTER, <br><br> Plaintiff, <br><br> v. <br><br> ALAN SALDICH, an individual, and CORELIGHT, INC., a Delaware corporation, <br><br> Defendants. | Case No.: 4:22-cv-00088-HSG <br><br> **JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE ATTORNEYS FEES MOTION** <br><br> Hon. Judge Haywood S. Gilliam, Jr. |

|   |   |
|---|---|
| 1 | Plaintiff Chad Burmeister ("Plaintiff") and Defendants Alan Saldich and |
| 2 | Corelight, Inc. (collectively, "Defendants," and together with Plaintiff, the |
| 3 | "Parties"), by and through their undersigned counsel of record, hereby stipulate as |
| 4 | follows: |
| 5 | WHEREAS, on January 18, 2023, the Court granted Defendants' special |
| 6 | motion to strike, dismissed this case with prejudice, and stated that "Defendants |
| 7 | may file a motion for attorneys' fees and costs, which will be referred to a |
| 8 | magistrate judge for resolution." |
| 9 | WHEREAS, later that day the Court entered judgment in favor of Defendants |
| 10 | and against Plaintiff; |
| 11 | WHEREAS, as required by Local Rule 54-5(a), the Parties have met and |
| 12 | conferred in an attempt to resolve all disputed issues related to attorneys' fees.. |
| 13 | WHEREAS, the Parties have reached a settlement that should eliminate the |
| 14 | need for an attorneys' fees motion and further appeals on the case in chief but need |
| 15 | approximately 60 days to finalize the settlement, and ask that the Court extend the |
| 16 | deadline for filing an attorneys fees motion by that amount of time. |
| 17 | WHEREAS, other than (a) the Parties' previous stipulation to adjust the |
| 18 | briefing schedule on Defendants' special motion to strike (Dkt. 22) and (b) the |
| 19 | Parties' previous stipulation to continue the deadline for filing a attorneys fees |
| 20 | motion by two weeks (Dkt. 33), there have not been any other time modifications |
| 21 | in the case. |
| 22 | WHEREAS, because judgment has been entered in this case, the requested |
| 23 | time modification would have no impact on the schedule for the case. |
| 24 | WHEREAS, the Parties also request that the Court retain jurisdiction to |
| 25 | enforce all provisions of the Parties' settlement agreement. |
| 26 | NOW THEREFORE, the Parties hereby stipulate and agree, subject to the |
| 27 | Court's approval as needed, as follows: |
| 28 |   |

The deadline for Defendants to file their motion for attorneys fees and costs shall be extended from February 15, 2023 by 60 days, making the deadline April 17, 2023.

The Court shall retain jurisdiction to enforce all provisions of the Parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: February 9, 2023    **RUSSELL LAW, PC**
By: /s/ L. David Russell
    L. David Russell
L. David Russell
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Attorneys for Defendants
ALAN SALDICH and CORELIGHT, INC.

DATED: February 9, 2023    **SHIELDS LAW OFFICES**
By: /s/ Jeffrey W. Shields*
    Jeffrey W. Shields
Jeffrey W. Shields
jeff@shieldslawoffices.com
Rick A. Varner
rick@shieldslawoffices.com
1920 Main Street, Suite 1160
Irvine, California 92614
Attorneys for Plaintiff
CHAD BURMEISTER

*The filer hereby attests pursuant to L.R. 5-1(h)(3) that all signatories have concurred in the filing of this document.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/10/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge